UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PHILLIP GARZA,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. SA-19-CV-00134-XR |
| | § | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

**ORDER SETTING STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on Wednesday, July 31, 2019 at 10:30 AM. in Courtroom Number 3, John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Blvd., San Antonio, Texas 78206. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED June 4, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE